NO. 07-06-0179-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

MAY 11, 2006
_____

IN RE MICHAEL LOU GARRETT,

Relator
_____

***Memorandum Opinion***
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Michael Lou Garrett, acting *pro se*, petitioned for a writ of mandamus asking us to order respondent, the district clerk of Potter County, to forward him a copy of the dismissal order entered in his lawsuit against Jack M. Borden, *et al.* in cause number 94,198-A, Potter County, Texas. Garrett, who is incarcerated, alleges that he requested a copy of the dismissal order after receiving notice from the Potter County District Clerk that the cause had been dismissed on March 31, 2006. So too does he allege that he needs a copy of the order to effectively prosecute an appeal now pending with this court. Why the copy of the dismissal order that will be included in the appellate record will not suffice goes unmentioned. Nonetheless, we have attached a copy of the particular decree to this opinion for Garrett's perusal and overrule the petition for writ of mandamus as moot.


Per Curiam